UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

CYNTHIA WALDRON,

        Plaintiff,

v.

LIFE CARE CENTERS OF
AMERICA, INC.,

        Defendant.
_____/

Case No. 4:06-CV-52

Hon. Richard Alan Enslen

**JUDGMENT**

      In accordance with the Opinion of this date;

      **IT IS HEREBY ORDERED** that Defendant Life Care Centers of America, Inc.'s Motion for Summary Judgment (Dkt. No. 32) is **GRANTED**.

      **IT IS FURTHER ORDERED** all of Plaintiff Cynthia Waldron's claims are **DISMISSED WITH PREJUDICE**.

Dated in Kalamazoo, MI:　　　　　　　　　　　　/s/Richard Alan Enslen
March 19, 2007　　　　　　　　　　　　　　　　Richard Alan Enslen
　　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge