UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

CYNTHIA WALDRON,

        Plaintiff,

Case No. 4:06-CV-52

v.

Hon. Richard Alan Enslen

LIFE CARE CENTERS OF
AMERICA, INC.,

**ORDER**

        Defendant.
_____/

Plaintiff Cynthia Waldron, through counsel, has moved for reconsideration of the Court's Judgment of March 19, 2007. Defendant Life Care Centers of America, Inc. has responded in opposition to the Motion for Reconsideration.

Pursuant to Western District of Michigan Local Civil Rule 7.4(a), reconsideration is appropriate only when the movant "demonstrate[s] a palpable defect by which the Court and the parties have been mislead . . . [and] that a different disposition must result from the correction thereof." Plaintiff's Motion fails to meet this standard and also the standards for relief under Federal Rules of Civil Procedure 59 and 60. Plaintiff's arguments fail for the reasons explained at length in the Court's Opinion of March 19, 2007 and Defendant's Response in opposition to the Motion for Reconsideration.

**THEREFORE, IT IS HEREBY ORDERED** that Plaintiff Cynthia Waldron's Motion for Reconsideration (Dkt. No. 40) is **DENIED**.

                              /s/ Richard Alan Enslen
DATED in Kalamazoo, MI:      RICHARD ALAN ENSLEN
    April 13, 2007            SENIOR UNITED STATES DISTRICT JUDGE